IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GARDENIA M. DORADO-OCASIO, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTINE WORMUTH, Secretary of the Army, <br><br> Defendant. | No. 1:23-cv-595 (PTG/IDD) |

**ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time, and for good cause shown, it is hereby

ORDERED that Defendant's Consent motion is GRANTED; and it is further

ORDERED that Defendant will file a copy of the administrative record on or before **July 5, 2023**.

Dated: July 3, 2023

_____
Patricia Tolliver Giles
United States District Judge