# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Gardenia M Dorado-Ocasio | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:23cv595 |
| Christine E. Wormuth | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on February 21, 2024 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant, Christine E. Wormuth, and against the Plaintiff, Gardenia M Dorado-Ocasio.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
D. Van Metre
Deputy Clerk

Dated: 02/21/2024
Alexandria, Virginia